IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUNCAN MORGEN-WESTRICK<br>Plaintiff,<br>v.<br>PENNSYLVANIA STATE UNIVERSITY<br>Defendant. | CIVIL ACTION NO. 20-3335 |

### ORDER

**AND NOW**, this 25th day of August 2022, upon consideration of Defendant's Motion for Summary Judgment [Doc. No. 20] and the responses and replies thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion is **GRANTED**. The case is **DISMISSED with prejudice**, and the Clerk is directed to **CLOSE** the case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**